In the Matter of the Claim of MARY MARINI, Respondent, v. MICHAELS STERN AND CO., INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.